```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: ROWENA DIXON                       )
                                          )
Select Portfolio Servicing,Inc. as        )
servicing agent for Deutsche Bank         )
National Trust Company, as Trustee, on    )
behalf of the holders of the              )
J.P. Morgan Mortgage Acquisition Trust    )
2007-CH1 Asset Backed Pass-Through        )
Certificates, Series 2007-CH1,            )
            Creditor,                     )   CASE NO. 14B06761
                                          )   JUDGE Pamela S. Hollis
     vs.                                  )
                                          )
ROWENA DIXON,                             )
            Debtor                        )
```

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Now comes Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1, by and through its attorneys, Pierce & Associates, P.C., and requests that Confirmation be denied, stating as follows:

1. On February 27, 2014, the debtor filed the instant bankruptcy petition under Chapter 13 of the Bankruptcy Code (11 U.S.C. Sec. 1301 et seq.)

2. Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 services the mortgage lien on the real property commonly known as 9934 S Perry Avenue, Chicago, IL 60628.

3.  Paragraph E of the debtor's Chapter 13 Plan provides that the Chapter 13 Trustee shall pay Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 $13,000.00 over the life of the Chapter 13 Plan.

4.  However, the actual pre-petition mortgage arrears of Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 total $14,941.57 which is greater than the amount provided for in Paragraph E of the debtor's Chapter 13 Plan.

5.  Plan paragraph B(2)(b) and (c) of the debtor's Chapter 13 plan impermissibly modifies the independent valid contractual rights of the mortgage holder pertaining to when and how costs of collection for post-petition obligations may be assessed, allowed, and/or reimbursed by the debtor's under the plan. See, 11 U.S.C. Sec. 1322(b).

6.  The debtor's Chapter 13 Plan, by not properly paying the allowed, secured Proof of Claims filed by Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1, impermissibly modifies the rights

    of Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1, which is secured only by a mortgage lien on the real estate which is the debtor's principal residence. 11 U.S.C. Sec. 1322(b)(2).

7. The debtor's Chapter 13 Plan, by not properly paying the allowed, secured, Proof of Claim filed by Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1, does not "provide for the curing" of the pre-petition mortgage arrears of Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1. 11 U.S.C. Sec. 1322(b)(5).

8. A Proof of Claim "is deemed allowed, unless a party in interest objects" to it. 11 U.S.C. Sec.502.

9. No party in interest has filed an Objection to the Proof of Claim filed by Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1.

10. Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 has incurred reasonable fees as a result of this Objection.

WHEREFORE, Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 respectfully prays that Confirmation of the debtor's Chapter 13 Plan be denied and for such other and further relief as this Honorable Court deems just.

Respectfully Submitted,
Select Portfolio Servicing,Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1

/s/Dana O'Brien
Dana O'Brien ARDC#6256415
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088